IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VISUALS UNLIMITED, INC., <br><br> Plaintiff, <br><br> v. <br><br> PEARSON EDUCATION, INC., <br><br> Defendant. | CIVIL ACTION <br> NO. 13-5681 |

# ORDER

**AND NOW**, this 10th day of April 2014, upon consideration of Defendant's Motion to Dismiss (Doc. No. 14), Plaintiff's Response in Opposition (Doc. No. 15), Defendant's Reply in Further Support of the Motion (Doc. No. 17), the arguments of counsel for the parties made at a hearing on the Motion held on March 10, 2014, the supplemental briefs submitted by the parties (Doc. Nos. 20-21), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Motion to Dismiss of Defendant (Doc. No. 14) is **DENIED**.

2. Defendant shall file an Answer to Plaintiff's Amended Complaint within twenty (20) days of the date of this Order.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.